# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2439 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 205 DB 2017 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 307279 |
| MEGAN ANNE KERRIGAN, | : | |
| | : | |
| Respondent | : | (Dauphin County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2023, having failed to respond to a Rule to Show Cause why Respondent should not be disbarred, the Rule is made absolute, and Megan Anne Kerrigan is disbarred from the Bar of this Commonwealth. *See* Pa.R.D.E. 208(f)(9). Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).